IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY a/s/o WHYY, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-7263 |
| | : | |
| DIELECTRIC COMMUNICATIONS, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this _25th___ day of June 2012, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

- Defendant's Motion to Dismiss (ECF No. 3) Counts I and II is **DENIED** without prejudice.
- Defendant may at a later stage in the litigation re-raise its argument against Plaintiff's Count I negligence claim only on the grounds of the economic loss doctrine.
- Plaintiff may proceed with its Count II breach of contract claim, only as it relates to the warranty's replacement parts provision.

It is **FURTHER ORDERED** that the stay of discovery (ECF No. 14) is lifted and that the parties shall proceed with discovery as outlined in the Court's Scheduling Order (ECF No. 11).

                                                                                                       _____
                                                                                                       ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                        Copies **MAILED** on _____ to:

O:\ABB 2012\L - Z\New Hampshire Insurance Co order re mtd.wpd